[No. 47575-4-I. Division One. March 12, 2001.]

*In the Matter of the Personal Restraint of* BRAD DRAGO, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 47880-0-I. Division One. March 12, 2001.]

*In the Matter of the Personal Restraint of* RICHARD A. NAPIER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 18430-7-III. Division Three. March 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT TAYLOR, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 98-1-00303-1, Lesley A. Allan, J., entered April 7, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18649-1-III. Division Three. March 13, 2001.]

DANIEL HENRY, ET AL., *Appellants*, v. FRED HENRY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-04348-2, Harold D. Clarke, J., entered July 14, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.